UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------------ x
RONNIE URBINA,  :
 : Civil Action No.: 2:17-cv-3799-JLL-JAD
              Plaintiff :
 :
  -and-  : **STIPULATION OF DISMISSAL WITH**
 : **PREJUDICE**
E-Z TRANS CORP., aka INTERMODAL EQUIPMENT :
& LEASING CORP, aka STATEWIDE :
TRANSPORTATION INC., aka RELIABLE TRANS :
SERVICES INC., (collectively referred to as "E-Z :
TRANS CORP.") and NATHAN SASONOV, individually
              Defendants
------------------------------------------------------------------ x

This matter, having been amicably resolved between the parties, it is hereby stipulated that all claims, in the above-captioned matter brought by Plaintiff RONNIE URBINA, against Defendants, E-Z TRANS CORP., aka INTERMODAL EQUIPMENT & LEASING CORP, aka STATEWIDE TRANSPORTATION INC., aka RELIABLE TRANS SERVICES INC., (collectively referred to as "E-Z TRANS CORP.") and NATHAN SASONOV, individually, are dismissed with prejudice and without costs. The Court, however, retains jurisdiction to implement and enforce the settlement and its terms, and the Parties submit to the jurisdiction of the Court for purposes of implementing and enforcing the Settlement for a period of 60 days.

JAFFE GLENN LAW GROUP, P.A.                BUDD LARNER, P.C.

By: _____                By: _____
Jodi J. Jaffe, Esq.                        Joshua L. Weiner, Esq.
*ATTORNEYS FOR PLAINTIFFS,*                *ATTORNEYS FOR DEFENDANTS*

Dated: 8/8/17                              Dated: 08/08/17